**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-1254**

———————

NIKOLA T. GUENOV; VIDA GUEORGUIVA GUENOVA,

Petitioners,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted: August 29, 2023                     Decided: August 31, 2023

———————

Before KING, AGEE, and BENJAMIN, Circuit Judges.

———————

Petition dismissed by unpublished per curiam opinion.

———————

**ON BRIEF:** Andres Y. Mejer, ANDRES MEJER IMMIGRATION ATTORNEYS, Eatontown, New Jersey, for Petitioners. Brian Boynton, Principal Deputy Assistant Attorney General, Jonathan Robbins, Assistant Director, Erik R. Quick, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nikola T. Guenov and his wife, Vida Gueorguiva Guenova (Petitioners), natives and citizens of Bulgaria, petition for review of an order of the Board of Immigration Appeals denying Petitioners' motion for sua sponte reopening of their removal proceedings. Upon review of the parties' briefs, considered in conjunction with the administrative record and the relevant authorities, we agree with the Attorney General that we lack jurisdiction to review the subject order. *See Lawrence v. Lynch*, 826 F.3d 198, 206-07 (4th Cir. 2016) (affirming that this court "lack[s] jurisdiction to review how the Board exercises its sua sponte discretion"); *Mosere v. Mukasey*, 552 F.3d 397, 400-01 (4th Cir. 2009). Accordingly, we dismiss this petition for review for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*